JACQUELINE A. FORSLUND
Forslund Law, LLC
CSBN 154575
P.O. Box 4476
Sunriver, OR  97707
Telephone:     541-419-0074
Fax:               541-593-4452
Email:            jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL CHARLES COLSTON, | ) | Case No.  1:15-cv-01750-SKO |
| | ) | |
|     Plaintiff | ) | **STIPULATION AND ORDER** |
| | ) | **FOR EXTENSION OF TIME** |
| v. | ) | **TO FILE PLAINTIFF'S MOTION** |
| | ) | **FOR SUMMARY JUDGMENT** |
| CAROLYN W. COLVIN, | ) | |
| Acting Comm'r of Social Security, | ) | |
| | ) | |
|     Defendant | ) | |
| _____ | ) | |

      IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time 30 Days to October 19, 2016, for Plaintiff to file his Opening Brief, in accordance with the Court's Scheduling Order.  This is Plaintiff's second request for an extension.  This extension is requested because 1) Plaintiff's counsel had health problems this summer that caused a work backlog; 2) Plaintiff's counsel mis-calendared the due date for the Opening Brief; 3) when Plaintiff's counsel was working on the Opening Brief last week, she lost her work because of a computer "glitch" of unknown origin; and 4) Plaintiff's counsel has six briefs due in the next two weeks, one Ninth Circuit brief, four Opening Briefs and one Reply brief and so will not be able to immediately resume work on this Opening Brief.

**Colston v. Colvin**                    **Stipulation and Order**              **E.D. Cal. 1-15-cv-01750-SKO**

The parties further stipulate that the Court's Scheduling Order be modified accordingly.

Respectfully submitted,

Date:  September 27, 2016       JACQUELINE A. FORSLUND
                                Attorney at Law


                                */s/Jacqueline A. Forslund*
                                JACQUELINE A. FORSLUND

                                Attorney for Plaintiff


Date:  September 26, 2016       BENJAMIN B. WAGNER
                                United States Attorney
                                DEBORAH STACHEL
                                Acting Regional Chief Counsel, Region IX
                                Social Security Administration

                                */s/Jeffrey Chen*
                                JEFFREY CHEN
                                Special Assistant United States Attorney
                                *By email authorization

                                Attorney for Defendant

**ORDER**

Having considered Plaintiff's amended Stipulation for Extension of Time to File Plaintiff's Motion for Summary Judgment above (Doc. 17), and in view of Defendant's lack of opposition to Plaintiff's request for an extension, the Court finds that good cause has been shown to warrant granting the request.  *See* Fed. R. Civ. 16(b)(4).

Accordingly, IT IS HEREBY ORDERED that the deadline by which Plaintiff shall file his summary judgment brief is extended to October 19, 2016.  Defendant's responsive brief shall be filed

**Colston v. Colvin**              **Stipulation and Order**              **E.D. Cal. 1-15-cv-01750-SKO**

on or before November 21, 2016, and Plaintiff may file an optional reply brief on or before December 9, 2016.

IT IS SO ORDERED.

Dated:   **September 29, 2016**                         /s/ *Sheila K. Oberto*
                                                  UNITED STATES MAGISTRATE JUDGE